# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LAVESHA COUTO, | 3:18-cv-00011-RLY-MPB |
| Plaintiff, | |
| v. | Honorable Judge Richard L. Young |
| CAREER EDUCATION CORPORATION, AMERICAN INTERCONTINENTAL UNIVERSITY, INC., COLORADO TECHNICAL UNIVERSITY, INC., and AIU ONLINE, LLC a/k/a AIU ONLINE a/k/a AIU, | Honorable Magistrate Judge Matthew P. Brookman |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LAVESHA COUTO, and the Defendants, CAREER EDUCATION CORPORATION, AMERICAN INTERCONTINENTAL UNIVERSITY, INC., COLORADO TECHNICAL UNIVERSITY, INC., and AIU ONLINE, LLC a/k/a AIU ONLINE a/k/a AIU, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CAREER EDUCATION CORPORATION, AMERICAN INTERCONTINENTAL UNIVERSITY, INC., COLORADO TECHNICAL UNIVERSITY, INC., and AIU ONLINE, LLC a/k/a AIU ONLINE a/k/a AIU, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 8, 2018                                            Respectfully Submitted,

*/s/ Omar T. Sulaiman*                                            */s/ Terance A. Gonsalves (with consent)*
Omar T. Sulaiman                                                  Terance A. Gonsalves
*Counsel for Plaintiff*                                           *Counsel for Defendants*

| | |
|---|---|
| Sulaiman Law Group, LTD | Steptoe Johnson LLP |
| 2500 S. Highland Avenue, Suite 200 | 115 South LaSalle Street, Suite 3100 |
| Lombard, Illinois 60148 | Chicago, IL 60603 |
| Phone: (630) 575-8181 | Phone: (312) 577-1275 |
| osulaiman@sulaimanlaw.com | tgonsalves@Steptoe.com |

### CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2018, a copy of the foregoing Appearance of Counsel was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

      Respectfully submitted,

      */s/ Omar T. Sulaiman*
      Omar T. Sulaiman, Esq.
      *Counsel for Plaintiff*
      Sulaiman Law Group, Ltd.
      2500 S. Highland Ave., Suite 200
      Lombard, IL 60148
      Phone (630) 575-8181
      Fax: (630) 575-8188
      osulaiman@sulaimanlaw.com