# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LAVESHA COUTO, | 3:18-cv-00011-RLY-MPB |
| Plaintiff, | |
| v. | Honorable Judge Richard L. Young |
| CAREER EDUCATION CORPORATION, AMERICAN INTERCONTINENTAL UNIVERSITY, INC., COLORADO TECHNICAL UNIVERSITY, INC., and AIU ONLINE, LLC a/k/a AIU ONLINE a/k/a AIU, | Honorable Magistrate Judge Matthew P. Brookman |
| Defendants. | |

## ORDER OF DISMISSAL

Plaintiff, LAVESHA COUTO ("Plaintiff"), by and through her attorney, Omar T. Sulaiman of SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

DISTRIBUTION:

Dated: __8/13/2018_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

/s/ Omar T. Sulaiman
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.

2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
osulaiman@sulaimanlaw.com